# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2117 Disciplinary Docket No. 3 |
| | : | |
| ANDREW J. BREKUS | : | Board File No. C2-14-908 |
| | : | |
| | : | (Supreme Court of New Jersey D-119 |
| | : | September Term 2013 |
| | : | 074383) |
| | : | |
| | : | Attorney Registration No. 47076 |

## O R D E R

**PER CURIAM:**

AND NOW, this 30th day of January, 2015, Andrew J. Brekus, having been suspended for three years from the practice of law by Order of the Supreme Court of New Jersey dated October 20, 2014; the said Andrew J. Brekus having been directed on December 18, 2014, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Andrew J. Brekus is suspended from the practice of law in this Commonwealth for a period of three years and he shall comply with all the provisions of Pa.R.D.E. 217.